[No. 9996–2–III.   Division Three.   May 24, 1990.]

MARGIE M. MARTIN, *Individually and as Personal Representative, Appellant,* v. SHIRLEY SCOUTON, ET AL, *Defendants,* VETERANS OF FOREIGN WARS, POST NO. 3067, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–2–03927–3, Harold D. Clarke, J., entered April 10, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Shields, J.

[No. 9768–4–III.   Division Three.   May 24, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. AARON LEROY FUNKHOUSER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–1–00648–3, Michael E. Donohue, J., entered December 15, 1988. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., and Shields, J.

[No. 9764–1–III.   Division Three.   May 24, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SHANE LEE WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–1–01207–1, Harold D. Clarke, J., entered December 20, 1988. *Reversed* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., and Shields, J.